**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-03164-CMA-CBS

CANTEY M. ERGEN, in her official capacity as trustee
of The Cantey M. Ergen Revocable Trust, U/A,

      Plaintiff,

v.

SAGE PHYSICIAN PARTNERS, INC.,
    d/b/a AMERICAN PHYSICIAN HOUSECALLS, a Texas corporation,
D. YALE SAGE, individually, and
KIRK R. SHORT, individually,

      Defendants.

---

## ORDER FOR ADMINISTRATIVE CLOSURE

This matter is before the Court *sua sponte.* On May 14, 2012, Sage Physician Partners, Inc., filed a Chapter 11 voluntary petition for bankruptcy in the United States Bankruptcy Court for the Eastern District of Texas. (*See* Doc. # 22 at 1 n.1.) Under 11 U.S.C. § 362, an automatic stay is "triggered upon the filing of a bankruptcy petition . . . ." *Myers v. Alliance for Affordable Servs.*, 318 F. Supp. 2d 1055, 1056 (D. Colo. 2004) (quotation marks and citation omitted).

Accordingly, the Court hereby ORDERS that the above-captioned case be STAYED and ADMINISTRATIVELY CLOSED, subject to reopening by Plaintiff upon filing with this Court either (1) an order from the United States Bankruptcy Court for the Eastern District of Texas (Case No. 12-41314) granting relief from the automatic stay

OR (2) a notice that the bankruptcy case has been dismissed without a discharge of this obligation having been granted. It is

FURTHER ORDERED that Plaintiff's Motion for Reconsideration of its Application for Entry of Default (Doc. # 20) is DENIED AS MOOT, in light of the Court having granted, by separate order, the Motion for Entry of Agreed Final Judgment (Doc. # 22).

DATED:  June   14  , 2012

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge